UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FERNANDO HERRERA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **4:18-cv-00179** |
| | § | |
| **PALLET LOGISTICS OF** | § | |
| **AMERICA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS & RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (ECF Doc. 3), and Fed. R. Civ. P. 7.1, Defendant Pallet Logistics of America, LLC ("Defendant") provides the following information:

- For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: None.

- A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Plaintiff Fernando Herrera
c/o J. Moises Cedillos
Texas State Bar No. 24080828
Southern District I.D. No. 1531827
CEDILLOS LAW FIRM, PLLC
3801 Kirby Dr., Suite 510
Houston, Texas 77098
(832) 900-9456 (phone)
(832) 900-9456 (fax)
moises@cedilloslaw.com

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**& RULE 7.1 DISCLOSURE STATEMENT – Page 1**

<u>Defendant Pallet Logistics of America, LLC</u>
c/o Paul M. Hood
Texas State Bar No. 09943440
Southern District I.D. No. 12711
pmhood@pmhlaw.com
PAUL M. HOOD, P.C.
1717 Main Street
Suite 5500, LB #49
Dallas, Texas 75201
(214) 373-3214 (telephone)
(214) 373-0843 (facsimile)

<u>Benefits Policy Carrier</u>
Hallmark Specialty Insurance Company
777 Main Street, Suite 1000
Fort Worth, TX 76102

Dated: March 15, 2018

    Respectfully submitted,

    By:   /s/ Paul M. Hood
        Paul M. Hood
        State Bar No. 09943440
        Southern District I.D. No. 12711
        PAUL M. HOOD, P.C.
        1717 Main Street
        Suite 5500, LB #49
        Dallas, Texas 75201
        (214) 373-3214 phone
        (214) 373-0843 fax
        pmhood@pmhlaw.com
        **ATTORNEYS FOR DEFENDANT, PALLET LOGISTICS OF AMERICA, LLC**

## CERTIFICATE OF SERVICE

I certify that on March 15, 2018, a copy of the foregoing instrument was served on counsel for Plaintiff, pursuant to the Federal Rules of Civil Procedure, as follows:

**VIA ELECTRONIC SERVICE TO:**
J. Moises Cedillos
CEDILLOS LAW FIRM, PLLC
3801 Kirby Dr., Suite 510
Houston, Texas 77098
(832) 900-9456 (phone)
(832) 900-9456 (fax)
moises@cedilloslaw.com
**Counsel for Plaintiff**

/s/    Paul M. Hood
       Paul M. Hood